UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CANDACE DODSON**                                                                                          **PLAINTIFF**

**V.**                               **NO. 4:21CV00060 BRW-JTR**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the**
**Social Security Administration**                                                      **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this  16th  day of   March    , 2022.


                                                _____BILLY ROY WILSON_____
                                                UNITED STATES DISTRICT JUDGE