UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CANDACE DODSON**                                                                                          **PLAINTIFF**

**V.**                            **NO. 4:21CV00060 BRW-JTR**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 16th day of  March, 2022.

                                                          BILLY ROY WILSON
                                                          UNITED STATES DISTRICT JUDGE